424 A.2d 501

**COMMONWEALTH of Pennsylvania**

v.

**Lloyd J. RAPP, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 1980.

Decided Jan. 27, 1981.

John R. Merrick, Public Defender, Charles M. J. Nester, Asst. Public Defender, for appellant.

S. Lee Ruslander, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order and Judgments of Sentence of the Court of Common Pleas of Chester County are affirmed.